United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-00311-HWV

Nicole Antoinette Brookins  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 08, 2022     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Antoinette Brookins, 8332 Harper Drive, Waynesboro, PA 17268-8474 |
| 5460875 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5460877 | | CCB/SEPHORA, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5460883 | | FFCC - CLVLAND, PO BOX 5980, DENVER, CO 80127 |
| 5460892 | + | UPSTA/FINWSE, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 5464328 | + | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 18:40:24 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 18:40:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5460873 | | Email/Text: ally@ebn.phinsolutions.com | Apr 08 2022 18:37:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5461502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 18:40:28 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5460874 | | Email/Text: bankruptcies.notifications@bcu.org | Apr 08 2022 18:37:00 | BAXTER CU, 340 N MILWAUKEE AVE, VERNON HILLS, IL 60061 |
| 5460876 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 18:40:31 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5460878 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 18:37:00 | CCB/ULTA, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5460879 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 18:37:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5460880 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 08 2022 18:37:00 | COMMUNITY LOAN SERVICING, 4425 PONCE DE LEON BLVD #5, CORAL GABLES, FL 33146-1873 |
| 5460881 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 08 2022 18:37:00 | CRDMGMCOMP, 2121 NOBLESTOWN ROAD, PITTSBURGH, PA 15205-3956 |
| 5465556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 18:40:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5460890 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 08 2022 18:37:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5460882 | + | Email/PDF: pa_dc_ed@navient.com | Apr 08 2022 18:40:28 | DPT ED/NAVI, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5460884 | | Email/Text: BNSFN@capitalsvcs.com | Apr 08 2022 18:37:00 | FNCC, PO BOX 5097, SIOUX FALLS, SD 57117 |
| 5460885 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 18:37:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5460887 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2022 18:40:31 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5464339 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 08 2022 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5460888 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 08 2022 18:37:00 | NAVY FCU, BANKRUPTCY NOTICES, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5461904 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 08 2022 18:37:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5460889 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 18:40:32 | SYNCB/AMEG, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5461277 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 18:40:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5460891 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 08 2022 18:37:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5460886 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5461919 | *+ | NAVY FEDERAL CREDIT UNION, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Nicole Antoinette Brookins DorieMott@aol.com |

karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Kara Katherine Gendron

on behalf of Debtor 1 Nicole Antoinette Brookins
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz

on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Nicole Antoinette Brookins, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−00311−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 4, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 11, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 8, 2022 |

ntcnfhrg (08/21)