**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Nicole Antoinette Brookins       **BK NO. 22-00311 HWV**
            Debtor(s)

**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
17 Jun 2022, 15:51:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322