# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:<br>NICOLE ANTOINETTE BROOKINS | Debtor(s) | CHAPTER<br>CASE NO.<br>NATURE OF PROCEEDING: | 13<br>1:22-bk-00311-HWV<br>Motion for Relief from Stay |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | Plaintiff(s)/Movants | DOCUMENT No. | 36 |
| vs.<br>NICOLE ANTOINETTE BROOKINS<br>ANIBAL ARELLANO | Defendant(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☐ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **December 9, 2022**    /s/ Mario Hanyon
              Attorney for: Nationstar Mortgage LLC d/b/a Mr. Cooper

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.