**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

NICOLE ANTOINETTE BROOKINS

**Claim Number:** 9

**Case Number:** 22-00311

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
| --- | --- |
| Payment Processing Center | Payment Processing Center |
| P.O. Box 78367 | P.O. Box 660618 |
| Phoenix, AZ 85062 | Dallas, TX 75266-0618 |

Date: 06/28/2024

/s/ Bharat Gurkha

Creditor's Authorized Agent for Ally Bank

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

NICOLE ANTOINETTE BROOKINS

**Case Number:** 22-00311

**Debtor(s)**

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KARA KATHERINE GENDRON
KARAGENDRON@GMAIL.COM

Trustee
JACK N ZAHAROPOULOS

United States Trustee
UNITED STATES TRUSTEE

/s/ Bharat Gurkha

Bharat Gurkha
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com