**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **NICOLE ANTOINETTE BROOKINS** | : | |
| **Debtor** | : | **CASE NO. 1:22-bk-00311** |
| | : | |
| **ALLY BANK,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLE ANTOINETTE BROOKINS,** | : | |
| **Respondent** | : | |
| | : | |

**ANSWER TO MOTION FOR RELIEF FROM STAY**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted that Movant has a security interest. Proof of balance owed is demanded at trial and this averment is therefore denied..
7. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.
8. Proof of value of collateral is demanded at trial and this paragraph is therefore denied.
9. Admitted.
10. Proof of value of collateral is demanded at trial and this paragraph is therefore denied.
11. Denied that Movant is entitled to the requested relief.

12. Denied that Rule 4001(a)(3) should not be applicable and denied that the Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic stay.

13. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com