**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO.: 1:22-BK-00311-HWV |
| NICOLE ANTOINETTE BROOKINS | CHAPTER 13 |
| Debtor | Nature of Proceeding: Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay |
| ALLY BANK | Pleading: Ally Bank's Motion for Relief from Automatic Stay |
| Movant | Document#: 47 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

■ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

☐ Thirty (30) days.

■ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/5/2024

*/s/ Regina Cohen*
Regina Cohen
Attorney for ALLY BANK